No. 04-98-00462-CV



MERIDIANO AGROTRADE, INC.,


Appellant



v.



CESAR'S PRODUCE, INC., Alfonso Cesar Saldivar,


Alfonso Cesar De Alba, and Sebastian Perez,


Appellees



From the 166th Judicial District Court, Bexar County, Texas


Trial Court No. 96-CI-16996


Honorable Martha Tanner, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: November 25, 1998


DISMISSED FOR WANT OF PROSECUTION


 Appellant's brief, which was due on September 24, 1998, has not been filed. On October 28,
1998, this court ordered appellant to show cause in writing by November 12, 1998 why this appeal
should not be dismissed for want of prosecution. Appellant did not respond. The appeal is
dismissed for want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b). Costs of appeal are taxed
against appellant.

 PER CURIAM

DO NOT PUBLISH


Return to
4th Court of Appeals Opinions